In the Matter of the Application of MIKE TURDO against UNITED CEMENT

& CONCRETE WORKERS UNION, INC., and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.